FILED: July 26, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-4179
(8:19-cr-00545-DLB-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DARRYL COLTON FRAZER

Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 08/04/2023

Opening brief due: 08/04/2023

Response brief due: 08/25/2023

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk