FILED: October 13, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 23-4179
(8:19-cr-00545-DLB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DARRYL COLTON FRAZER

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's motion to expedite, the court grants the motion and directs the clerk to place this case on the oral argument calendar at the next available opportunity.

Counsel shall file 4 paper copies of their opening brief and joint appendix, and 4 paper copies of their response brief within 7 days. The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting must match the electronic copy, and must comply with the Fourth Circuit Brief and

Appendix Requirements. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

                                      For the Court

                                      /s/ Nwamaka Anowi, Clerk